UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-121

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| ROBERT NEAL HATFIELD, | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss in Lieu of Answer, which is a Rule 12(b)(6) motion. Fed.R.Civ.P. 12(b)(6). The Court has considered defendant's motion and reviewed the pleadings, including defendant's supporting Memorandum of Law (#5-1), the government's Memorandum in Opposition (#8), and the defendant's Reply (#9). Based on that review, the Court determines that the government has stated viable claims that are not time barred, and enters the following Order denying the motion for the reasons set forth in the government's Memorandum in Opposition.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss in Lieu of Answer (#5) is **DENIED**. Defendant shall Answer the Complaint within 14 days.

Signed: October 25, 2017



-1-